Kristina N. Holmstrom
kristina.holmstrom@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ  85016
Telephone:  602-778-3700
Fax:  602-778-3750

*Attorneys for Defendant Life Insurance Company of North America*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LYNNICE KANTOR,<br><br>        Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>        Defendant. | Case No.:  3:23-cv-325-LRH-CLB<br><br>**<u>ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT</u>**<br><br>**SECOND REQUEST** |

The parties, by and through their undersigned counsel, hereby stipulate and agree that the time in which Defendant Life Insurance Company of North America may answer, move, or otherwise plead in response to Plaintiff's Complaint is extended, by two days, to and including September 15, 2023.

Counsel for Defendant has been engaged in depositions and hearings for the past few weeks on other matters, and needs additional time to confer with Defendant to finalize a response. Defendant's Answer is currently due September 13, 2023. This second request for extension is not sought for purposes of delay and is requested in good faith by the parties.

Dated this 12th day of September, 2023.

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

/s/ Kristina N. Holmstrom

Kristina N. Holmstrom
kristina.holmstrom@ogletree.com
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ  85016
Telephone:  602-778-3700
Fax:  602-778-3750
*Attorneys for Defendant Life Insurance Company of North America*

**KANTOR & KANTOR, LLP**

/s/ Timothy J. Rozelle
Jaclyn D. Conover
Timothy J. Rozelle
19839 Nordhoff Street
Northridge, CA 91324
Telephone: 818-886-2525
Fax: 818-350-6272

Anna M. Martin
316 California Avenue, Suite 216
Reno, NV 89509
Telephone: 877-783-8686
Fax: 818-350-6272
*Attorneys for Plaintiff Lynnice Kantor*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: September 13, 2023

2