KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LYNNICE KANTOR,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a subsidiary of CIGNA Corporation,<br>　　　　Defendant. | CASE NO: 3:23-cv-00325-LRH-CLB<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) AND [PROPOSED] ORDER** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that the above-captioned action is voluntarily dismissed, with prejudice against the defendant, Life Insurance Company of North

America, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each party bearing their own attorney's fees and costs.

Dated: January 9, 2024        KANTOR & KANTOR, LLP

By: /s/ *Timothy J. Rozelle*
Timothy J. Rozelle
Attorneys for Plaintiff
LYNNICE KANTOR

Dated: January 9, 2024        OGLETREE, DEAKINS, NASH, SMOAK &STEWART, P.C.

By: /s/ *Kristina N. Holmstrom*
Kristina N. Holmstrom
Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment accordingly, dismiss the action, and close the case.

IT IS SO ORDERED.

DATED this 12th day of January, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE